UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST;

Plaintiffs,

vs.

HAZARDOUS MATERIALS ABATEMENT CORPORATION,

Defendant.

CIVIL FILE NO. 00-328 JRT/FLN

**ORDER FOR MONEY JUDGMENT**

This matter was heard before the undersigned on the 30th day of March, 2000. The Court issued its Findings of Fact, Conclusions of Law and Order for Judgment, directing the Defendant to submit payroll report forms for the months of October through February, 2000.

The Order further provided that upon submission of the reports, if payment was not made, the Plaintiffs could move this court for entry of judgment for amounts due, to be established by affidavit and that the Court would enter judgment ten days after service of the motion.

Plaintiffs have submitted the Supplemental Affidavit of Rod Skoog, the Affidavit of Pamela Hodges Nissen, and an affidavit of service of the motion for entry of judgment upon Defendant Hazardous Materials Abatement Corporation.

FILED APR 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 19 2000
DEPUTY CLERK

Ten days have passed without objection from or response from Defendant.

**ORDER**

**NOW THEREFORE IT IS HEREBY ORDERED**:

1. That Plaintiffs' motion for judgment is granted.

2. That judgment shall be entered against Hazardous Materials Abatement Corporation in favor of the Plaintiffs, collectively, in the amount of $14,072.25.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 4-19-2000

BY THE COURT

John R. Tunheim
United States District Court Judge

38738